**DISMISS and Opinion Filed February 19, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01587-CV

### IN RE DAVID GARRETT, Relator

**Original Proceeding from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-54148-W**

## MEMORANDUM OPINION
Before Justices Schenck, Reichek, and Evans
Opinion by Justice Reichek

In this original proceeding, David Garrett has filed a petition for writ of mandamus to compel the trial court clerk to stop taking funds from his inmate trust account for payment of court costs and attorney fees. Relator alleges the trial court signed an order on June 4, 2018 to stop these payments. Although relator mentions the trial court briefly in his prayer for relief, his petition is directed almost entirely at the trial court clerk.

This Court does not have jurisdiction to issue writs of mandamus against the trial court clerk unless it is necessary to enforce our own jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (authorizing court of appeals to issue writs of mandamus against district and county judges within appellate court's geographic jurisdiction or when necessary to enforce appellate court's jurisdiction); *In re Shugart*, 528 S.W.3d 794, 796 (Tex. App.—Texarkana 2017, orig. proceeding). Relator has no appeal pending in this Court and, therefore, our jurisdiction is not in jeopardy.

Because we lack jurisdiction to provide mandamus relief, we dismiss relator's petition for writ of mandamus.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

191587F.P05